The judgment is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

MORROW, P. J., absent.

## CANTRELL v. STATE.
### No. 17596.

Court of Criminal Appeals of Texas.
May 22, 1935.

G. H. Crane, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for tampering with a motor vehicle under the provisions of article 1344 of the Penal Code, punishment assessed being sixty days' imprisonment in the county jail.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

MORROW, P. J., absent.